# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MARVIN JENNINGS,<br>              Petitioner,<br>   v.<br>PEOPLE OF THE STATE OF RIVERSIDE, CA,<br>              Respondent. | NO. EDCV 20-971-ODW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss ("Motion") and related briefing, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections (which Petitioner titled "Motion to Stay") to the Magistrate Judge's Report and Recommendation ("Objections" or "Stay Motion).

      Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. In particular, the Court carefully reviewed the Objections to determine whether Petitioner is in fact requesting a stay. As with Petitioner's other filings, including his October 15, 2020 filing, which was similarly titled "Motion to Stay Motion to Stay" (Dkt. No. 24) (errors in original),

the Objections neither address Respondent's Motion to Dismiss nor explain how Petitioner satisfies the prerequisites for a stay, which the Court has repeatedly articulated (*see, e.g.,* Dkt. No. 23).  Therefore, having completed its review, the Court accepts the findings and recommendations set forth in the Report with the following amendment:  on page 6, lines 5-6 shall read "entered dismissing this action without prejudice for failure to comply with court orders."

Accordingly, IT IS ORDERED that:  (1) the Motion is GRANTED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing this action without prejudice.

DATED: December 2, 2020

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE