JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MARVIN JENNINGS, | ) NO. EDCV 20-971-ODW (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| PEOPLE OF THE STATE OF RIVERSIDE CA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: December 2, 2020

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE